**meyers | nave** riback silver & wilson
professional law corporation

Tricia L. Hynes
Attorney at Law
510.808.2000

March 26, 2010

**VIA FACSIMILE**
(415) 522-3636

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102-3483

RE: *Fobbs v. New Haven Unified School District, et al.*
U.S. District Court, Northern District, Action No. C09-2723 PJH

Dear Judge Spero:

Pursuant to this Court's Order re Discovery Procedures dated March 10, 2010, the parties recently have met and conferred in person regarding a discovery plan and discovery issues in the above matter. By this letter, the parties respectfully request that the time by which to e-file a joint discovery conference statement be extended to Friday, April 2, 2010, to allow for the exchange of drafts between counsel.

The discovery conference is set for April 16, 2010. Thank you in advance for your attention to this matter.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON

*/s/ Tricia L. Hynes*
Tricia L. Hynes

TLH:kky
c: Pamela Y. Price, Esq. (via Facsimile)
1394989.1

Dated: March 29, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

555 12th Street, Suite 1500 | Oakland, California 94607 | tel 510.808.2000 | fax 510.444.1108 | www.meyersnave.com

LOS ANGELES • OAKLAND • SACRAMENTO • SAN FRANCISCO • SANTA ROSA