1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA  94612
   Telephone: (510) 452-0292
5  Facsimile:  (510) 452-5625
   E-mail: pypesq@aol.com
6
7  Attorneys for Plaintiffs

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  ALVETT FOBBS, AS GUARDIAN AD LITEM        )   NO.  C09-02723 PJH (JCS)
    FOR STEVE S., A MINOR, TEOLA COLEMAN,     )
13  AS GUARDIAN AD LITEM FOR JESS L., A       )   **STIPULATION AND [PROPOSED]**
    MINOR, AUZALEA GODFREY, AS GUARDIAN       )   **ORDER TO CONTINUE THE**
14  AD LITEM FOR ASSATA G. AND ELISA G.,      )   **DISCOVERY CONFERENCE**
    MINORS, TEREESE SANDERS AS GUARDIAN       )
15  AD LITEM FOR ROBBIE J. AND JONATHAN J.,   )   DATE:      APRIL 23, 2010
    MINORS, TOYNICA LEDBETTER-FRANKLIN        )   TIME:      9:30 A.M.
16  AS GUARDIAN AD LITEM FOR KHALIF L., A     )   CTRM:      A, 15TH FLOOR
    MINOR, DAVID G., D'ANGELO COLE AND        )
17  DANNY GODFREY, INDIVIDUALLY AND ON        )   JUDGE JOSPEH C. SPERO
    BEHALF OF ALL PERSONS SIMILARLY           )
18  SITUATED                                  )
                                              )
19          Plaintiffs,                       )
                                              )
20  v.                                        )
                                              )
21  CITY OF UNION CITY, PAT JAUREQUI,         )
    INDIVIDUALLY, DON MONTOYA,                )
22  INDIVIDUALLY, MARCUS LAM,                 )
    INDIVIDUALLY, GRACE KIM, INDIVIDUALLY,    )
23  AND DOES 1 THROUGH 20, INCLUSIVE,         )
                                              )
24                                            )
            Defendants.                       )
25  _____ )

26

27

28

1    The parties, by and through their respective counsel of record, agree that the

2  Discovery Conference scheduled for April 16, 2010 at 9:30 a.m. may be continued until April 23,

3  2010 at 9:30 a.m.  Good cause exists for this Stipulation because Plaintiffs' lead counsel, Pamela Y.

4  Price, is not available on April 16, 2010, due to an unexpected death in the family.

5
   Dated: April 14, 2010                           PRICE AND ASSOCIATES

6

7                                                  ___/s/ *Pamela Y. Price*_____
                                                   PAMELA Y. PRICE, Attorneys for Plaintiffs

8                                                  ALVETT FOBBS, STEVE S., TEOLA
                                                   COLEMAN, JESS L., AUZALEA

9                                                  GODFREY, ASSATA G., ELISA G.,
                                                   TEREESE SANDERS, ROBBIE J.,

10                                                 JONATHAN J., TOYNICA LEDBETTER-
                                                   FRANKLIN, KHALIF L., DAVID G.,

11                                                 D'ANGELO COLE and DANNY GODFREY

12
   Dated: April 14, 2010                           MEYERS NAVE RIBACK SILVER &

13                                                 WILSON

14
                                                   ___/s/ *Kimberly E. Colwell*_____

15                                                 KIMBERLY E. COLWELL, Attorneys for
                                                   Defendant CITY OF UNION CITY

16

17                              **ORDER**

18        Pursuant to the stipulation of the parties the Discovery Conference scheduled for

19  April 16, 2010 shall be continued to April 23, 2010 at 9:30 a.m., and good cause appearing

20  therefore, **IT IS SO ORDERED**.

21

22  Dated: ___April 15, 2010_____         _____
                                          MAGISTRATE _____ C. SPERO
23                                        U.S. D...

24

25

Judge Joseph C. Spero

26

27

28

                              -2-
          STIPULATION AND [~~PROPOSED~~] ORDER (C09-02723 PJH (JCS))