PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JESHAWNA R. HARRELL, ESQ. (STATE BAR NO. 257773)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com
E-mail: jharrell@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVETT FOBBS, AS GUARDIAN AD LITEM FOR STEVE S., A MINOR, TEOLA COLEMAN, AS GUARDIAN AD LITEM FOR JESS L., A MINOR, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ASSATA G. AND ELISA G., MINORS, TEREESE SANDERS AS GUARDIAN AD LITEM FOR JONATHAN J., A MINOR, TOYNICA LEDBETTER-FRANKLIN AS GUARDIAN AD LITEM FOR KHALIF L., A MINOR, TIWANA SMITH AS GUARDIAN AD LITEM FOR TONSA W. AND TRACY W., MINORS, DAVID G., ROBBIE J., D'ANGELO COLE AND DANNY GODFREY, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF UNION CITY, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>            Defendants. | NO. C09-02723 PJH<br>[Related to Case No. C09-0687 PJH]<br>[Related to Case No. C10-1065 PJH]<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS' TO FILE REVISED FOURTH AMENDED COMPLAINT**<br><br>**HON. PHYLLIS HAMILTON** |

-1-
STIPULATION AND [PROPOSED] ORDER (C09-2723 PJH)

1  The parties, by and through their respective counsel of record, hereby stipulate to Plaintiffs
2  filing a Revised Fourth Amended Complaint for Violation of Civil Rights and Race Discrimination.
3  Defendant City of Union City has twenty-one (21) days from the filing of Plaintiffs' Revised Fourth
4  Amended Complaint to file a responsive pleading.  The parties agree that Plaintiffs' Revised Fourth
5  Amended Complaint will be the operative pleading.

6

7  Dated: March 11, 2011                                    PRICE AND ASSOCIATES

8

9                                                            /s/ *Jeshawna R. Harrell*
                                                           JESHAWNA R. HARRELL, Attorneys for
10                                                         Plaintiffs

11

12
   Dated: March 11, 2011                                    MEYERS NAVE RIBACK SILVER &
13                                                          WILSON

14
                                                             /s/ *Tricia L. Hynes*
15                                                         TRICIA L. HYNES, Attorneys for Defendant
                                                           CITY OF UNION CITY
16

17

18                                       **ORDER**

19        Pursuant to the stipulation of the parties, Plaintiffs may file a Revised Fourth
20  Amended Complaint.  Defendant City of Union City has twenty-one (21) days from the filing of
21  Plaintiffs' Revised Fourth Amended Complaint to file a responsive pleading. **IT IS SO**
22  **ORDERED**.

23

24  Dated: 3/17/11                                         _____
                                                           HON. PHYLLIS HAMILTON
25                                                         U.S. DISTRICT COURT

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

26
27
28