Pamela Y. Price (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
901 Clay Street
Oakland, CA 94612
Telephone:  (510) 452-0292
Facsimile:  (510) 452-5625
E-mail:  pamela.price@pypesq.com

Attorneys for Plaintiffs

Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Rachel Wagner (SBN: 127246)
rwagner@meyersnave.com
Anita L. Rimes (SBN:  215534)
arimes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF UNION CITY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIF L., STEVE S., JESS L., TRACY W., ASSATA G., DAVID G., ROBBIE J., D'ANGELO COLE, DANNY GODFREY, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ELISA G., A MINOR, TEREESE SANDERS AS GUARDIAN AD LITEM FOR JONATHAN J., A MINOR, TIWANA SMITH AS GUARDIAN AD LITEM FOR TONSA W., A MINOR, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF UNION CITY, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>            Defendants. | Case No: C09-02723 PJH (JCS)<br>[Related to Case No. C 09-0687 PJH (JCS)]<br>[Related to Case No. C 10-01065-PJH (JCS)]<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT**<br><br><br><br>Fifth Amended Complaint Filed:<br>           August 19, 2011<br>Trial Date:     Not Yet Set |

1     The parties are filing their updated Joint Case Management Conference Statement today, July 6, 2012, for the Case Management Conference on July 12, 2012. The statement was due yesterday, but Ms. Price (Plaintiffs' counsel) has been in trial in Hayward, California and thus was delayed in providing Plaintiffs' input for the statement. The parties regret any inconvenience to the Court.

Dated: July 6, 2012        PRICE AND ASSOCIATES

By:    /s/ Pamela Y. Price
       Pamela Y. Price
       Attorney for Plaintiffs

Dated: July 6, 2012        MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ Kimberly E. Colwell
       Kimberly E. Colwell
       Attorney for Defendant
       CITY OF UNION CITY

1930365.1

7/9/12

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA