| | |
|---|---|
| 1 | Pamela Y. Price (STATE BAR NO. 107713) |
| 2 | PRICE AND ASSOCIATES |
|   | 901 Clay Street |
|   | Oakland, CA 94612 |
| 3 | Telephone:  (510) 452-0292 |
|   | Facsimile:  (510) 452-5625 |
| 4 | E-mail:  pamela.price@pypesq.com |
| 5 | Attorneys for Plaintiffs |
| 6 | Kimberly E. Colwell (SBN: 127604) |
|   | kcolwell@meyersnave.com |
| 7 | Rachel Wagner (SBN: 127246) |
|   | rwagner@meyersnave.com |
| 8 | Anita L. Rimes (SBN:  215534) |
|   | arimes@meyersnave.com |
|   | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 9 | 555 12th Street, Suite 1500 |
|   | Oakland, CA  94607 |
| 10 | Telephone: (510) 808-2000 |
|    | Facsimile: (510) 444-1108 |
| 12 | Attorneys for Defendant |
|    | CITY OF UNION CITY |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KHALIF L., STEVE S., JESS L., TRACY W., ASSATA G., DAVID G., ROBBIE J., D'ANGELO COLE, DANNY GODFREY, AUZALEA GODFREY, AS GUARDIAN AD LITEM FOR ELISA G., A MINOR, TEREESE SANDERS AS GUARDIAN AD LITEM FOR JONATHAN J., A MINOR, TIWANA SMITH AS GUARDIAN AD LITEM FOR TONSA W., A MINOR, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, | | Case No: C09-02723 PJH (JCS) [Related to Case No. C 09-0687 PJH (JCS)] [Related to Case No. C 10-01065-PJH (JCS)] **REQUEST FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT** |
| Plaintiffs, | | |
| v. | | |
| CITY OF UNION CITY, AND DOES 1 THROUGH 20, INCLUSIVE, | | Fifth Amended Complaint Filed: August 19, 2011 |
| Defendants. | | Trial Date:    Not Yet Set |

REQUEST FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT [C09-02723 PJH]

The parties are filing their updated Joint Case Management Conference Statement today, July 6, 2012, for the Case Management Conference on July 12, 2012. The statement was due yesterday, but Ms. Price (Plaintiffs' counsel) has been in trial in Hayward, California and thus was delayed in providing Plaintiffs' input for the statement. The parties regret any inconvenience to the Court.

Dated: July 6, 2012                    PRICE AND ASSOCIATES

                                       By:     /s/ Pamela Y. Price
                                               Pamela Y. Price
                                               Attorney for Plaintiffs


Dated:  July 6, 2012                   MEYERS, NAVE, RIBACK, SILVER & WILSON

                                       By:     /s/ Kimberly E. Colwell
                                               Kimberly E. Colwell
                                               Attorney for Defendant
                                               CITY OF UNION CITY

1930365.1

7/9/12

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA