United States District Court

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   KHALIF L., et al.,

8              Plaintiffs,                    No. C 09-2723 PJH

9        v.                                   **ORDER GRANTING IN PART AND
                                              DENYING IN PART PLAINTIFF'S**
10  CITY OF UNION CITY,                       **MOTION FOR LEAVE TO FILE
                                              SIXTH AMENDED COMPLAINT**
11             Defendant.

12  _____/

13        Plaintiff's motion for leave to file a sixth amended complaint came on for hearing

14  before this court on January 23, 2013.  Plaintiff Steve S. ("plaintiff") appeared through his

15  counsel, Pamela Price.  Defendant City of Union City ("defendant" or "Union City")

16  appeared through its counsel, Rachel Wagner.  Having read the parties' papers and

17  carefully considered their arguments and the relevant legal authority, and good cause

18  appearing, the court hereby GRANTS in part and DENIES in part plaintiff's motion for leave

19  to file a sixth amended complaint for the reasons stated at the hearing and as set forth

20  below.

21        Plaintiff's motion is GRANTED as to the two new causes of action asserted against

22  Union City, for (1) violation of 42 U.S.C. § 1982, and (2) violation of the Fair Housing Act.

23  Because this case had been proceeding as a class action until May 8, 2012, the court finds

24  that plaintiff had good reason to wait until after class certification was denied to assert

25  these two causes of action, which likely applied to only a small subset of the putative class.

26  Also, because the two new causes of action arise out of the same general set of facts as

27  does plaintiff's section 1983 claim against Union City, allowing these claims to go forward

28  will not unduly prejudice defendant.

United States District Court

For the Northern District of California

1    However, to the extent that plaintiff now seeks to assert a section 1983 claim against

2    three individual Union City police officers, plaintiff's motion is DENIED.  As defendant points

3    out, "[a]mendments seeking to add claims are to be granted more freely than amendments

4    adding parties."  Union Pacific Railroad Co. v. Nevada Power Co., 950 F.2d 1429, 1432

5    (9th Cir. 1991).  Plaintiff has not presented any reason why this cause of action could not

6    have been asserted earlier or why these defendants could not have been added earlier.

7    The theory of their liability is almost identical to that as to Union City and their identities

8    have been known for years.  Accordingly, the court finds that the addition of three new

9    defendants, more than three years after the original complaint was filed, and after it has

10   been amended five times already, would be unduly prejudicial to those defendants,

11   particularly given the absence of good cause for their omission up to this point.     Plaintiff

12   may file a sixth amended complaint, consistent with this order, by **January 30, 2013**.  The

13   caption of the complaint must bear the full name of Steve S., who is the only remaining

14   plaintiff in the case, and who is now proceeding as an adult (rather than through a guardian

15   ad litem), and must omit reference to plaintiffs who have dismissed their claims.  Defendant

16   must answer or otherwise respond to the sixth amended complaint by **February 20, 2013**.

17   For purposes of clarity, any future reference to the sixth amended complaint should be

18   styled as "6AC," and not as "SAC."

19        **IT IS SO ORDERED**.

20   Dated: January 23, 2013

21   _____

22   PHYLLIS J. HAMILTON
     United States District Judge

23

24

25

26

27

28

2