UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STERLING SKINNER,

    Plaintiff,

    v.

CITY OF UNION CITY,

    Defendant.

_____/

No. C 09-2723 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the court having granted, on September 27, 2013, defendant City of Union City's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant City of Union City and against plaintiff Sterling Skinner on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: September 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge