UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STERLING SKINNER,

    Plaintiff,

    v.

CITY OF UNION CITY,

    Defendant.

_____/

No. C 09-2723 PJH

**ORDER DENYING MOTION TO TAX COSTS**

Before the court is plaintiff's motion to tax costs, seeking to reduce the amount of costs owed from $20,135.03 (the amount taxed by the Clerk) to $1,598.88.  On January 7, 2014, the court issued an order noting that plaintiff's motion was not timely filed, but that it would allow plaintiff one additional opportunity to show cause why the motion should not be denied as untimely.  See Dkt. 322.  The court also allowed plaintiff an opportunity to identify which of defendant's costs (of those taxed by the Clerk) were not actually necessary to defend against plaintiff's claims and to explain how they were unrelated to claims prosecuted on his behalf.   However, the court informed the parties that it would not reach the merits of plaintiff's motion unless it first found a reason to excuse its untimeliness.  The court gave plaintiff until January 17, 2014 to file a response addressing both issues raised by the court.  Plaintiff failed to file any response to the court's order.  Accordingly, plaintiff's motion to tax costs is DENIED as untimely filed.  The Clerk's taxation of costs in the amount of $20,135.03 shall stand.

    **IT IS SO ORDERED.**

Dated: February 4, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge